| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |

| | |
|---|---|
| KEISHMOND J. DAVIS,<br><br>               Plaintiff,<br><br>  v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.,<br><br>               Defendants. | CASE NO. C23-1838JLR<br><br>ORDER |

On April 23, 2024, the court ordered *pro se* Plaintiff Keishmond J. Davis to, within ten (10) days of the court's order: (1) provide updated contact information pursuant to Local Civil Rule 41(b)(2), and (2) show cause why this action should not be dismissed for failure to serve Defendants[1] with a summons and copy of the complaint within the time limitations set forth in Federal Rule of Civil Procedure 4(m). (4/23/24

---

[1] Defendants are United Services Automobile Association, Charles Hatfield, Steven Shunk, Marianne Raymer, and Ayanna Cato.

ORDER - 1

1 | Order (Dkt. # 16) at 2); *see also* Local Rules W.D. Wash. LCR 41(b)(2); Fed. R. Civ. P.
2 | 4(m).  The court warned Mr. Davis that if he "fail[ed] to provide updated contact
3 | information and/or [did] not demonstrate good cause for the failure to comply with Rule
4 | 4(m), the court [would] dismiss the action without prejudice." (*Id.*)
5 | Over ten days have passed, and Mr. Davis has neither provided updated contact
6 | information nor responded to the court's order to show cause. (*See generally* Dkt.)
7 | Accordingly, the court DISMISSES this action without prejudice.
8 | Dated this 8th day of May, 2024.

JAMES L. ROBART
United States District Judge